**96–2536. Williams v. Wilkinson.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2537. Long v. Vanvorc.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2575. Washington v. Russell.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2598. Pino v. Leonard.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2599. Finfrock v. Mohr.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2602. Rash v. Brigano.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2615. Sparks v. State.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.